IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOGIC DEVICES, INC.,

    Plaintiff,

  v.

APPLE, INC.,

    Defendant.

No. C 13-02943 WHA

**ORDER TO SHOW CAUSE RE CLAIM CONSTRUCTION STATEMENT**

In this patent-infringement action, the parties have filed their joint claim construction and pre-hearing statement. They seek construction of four phrases from the one asserted patent. Defendant Apple, Inc. objects to the constructions proposed by plaintiff Logic Devices, Inc. because Logic Devices "did not serve any 4-1 disclosures" (exchange of proposed terms for construction), "did not serve any 4-2 disclosures" (exchange of preliminary claim constructions and extrinsic evidence), and "declined to provide any evidence in support of its constructions" (Dkt. No. 48).

Patent Local Rule 4-3(b) states that the joint statement must include (emphasis added):

> Each party's proposed construction of each disputed term, *together with any identification of all references from the specification or prosecution history that support that construction, and an identification of any extrinsic evidence known to the party on which it intends to rely either to support its proposed construction or to oppose any other party's proposed construction*.

By **5:00 P.M. ON APRIL 23**, Logic Devices shall please explain why it has apparently failed to follow our district's patent local rules and cure its deficiencies under Patent Local Rule 4-3(b), on pain of preclusion.

**IT IS SO ORDERED.**

Dated: April 22, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2