IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGIC DEVICES, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>APPLE INC.,<br><br>          Defendant.<br> _____ / | No. C 13-02943 WHA<br><br><br><br>**ORDER SETTING<br>TECHNOLOGY TUTORIAL** |

A technology tutorial is hereby set for **MONDAY, SEPTEMBER 29, 2014, AT 8:00 A.M.** Each side will be allocated approximately thirty minutes and may use demonstratives. Demonstratives should be exchanged by **NOON ON SEPTEMBER 28**. Diagrams, figures, cartoons, and/or animations are often helpful. Please bring at least four copies of all slides. If applicable, relevant chips and products can be brought to the tutorial.

Counsel should be prepared to explain the relevant technology, including U.S. Patent Nos. 5,524,244 and 5,287,511. This order recognizes that declarations from Dr. Brian Von Herzen and Dr. Benjamin Goldberg have been submitted in the case. Both individuals may attend, however, the Court generally prefers that counsel provide the technology tutorial.

**IT IS SO ORDERED.**

Dated: September 19, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE