IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOGIC DEVICES, INC.,

    Plaintiff,

  v.

APPLE INC.,

    Defendant.

No. C 13-02943 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting motion for summary judgment of invalidity, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Apple Inc. and against Logic Devices, Inc. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: October 16, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE