IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOGIC DEVICES, INC.,

    Plaintiff,

  v.

APPLE INC.,

    Defendant.

No. C 13-02943 WHA

**ORDER RE JOINT NOTICE**

A December 2014 order found that Apple Inc. was *entitled* to recover reasonable attorney's fees and non-taxable costs. A procedure to tee-up the *amount* issue was set forth in a companion order. In pertinent part, the order stated that if the parties could not reach an agreement on the amount, Attorney Matt Borden would be appointed to serve as a special master (Dkt. No. 87).

On January 13, the parties filed a joint notice stating that (Dkt. No. 95):

> The parties have reached an agreement as to the fees amount and are continuing to work to memorialize the agreement. The parties expect to memorialize the agreement later today or by the end of this week.

The parties have until **JANUARY 16 AT NOON** to file a signed, joint stipulation stating that the parties have fully resolved all of their issues regarding fees and costs. If no joint stipulation is timely filed, Attorney Borden will be appointed as the special master. As a reminder, the parties will be responsible for paying the special master.

**IT IS SO ORDERED.**

Dated: January 13, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE