IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOGIC DEVICES, INC.,

    Plaintiff,

v.

APPLE INC.,

    Defendant.

No. C 13-02943 WHA

**ORDER RE JOINT STIPULATION**

The parties have filed a joint stipulation stating that they have fully resolved all of their issues regarding fees and costs. The file is **CLOSED**.

**IT IS SO ORDERED.**

Dated: January 16, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE